## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

UNITED STATES OF AMERICA,

        *Plaintiff,*

*v.*

LARRY PHIPPS,

        *Defendant.*

_____ /

Case No. 1:25-cr-20247

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## MAGISTRATE JUDGE'S REPORT, FINDINGS, AND RECOMMENDATION CONCERNING PLEA OF GUILTY

## I.    REPORT AND FINDINGS

This case was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and 636(b)(3) for purposes of receiving, on consent of the parties, Defendant's offer of a plea of guilty.  Defendant and his counsel appeared before me on April 17, 2025, and pled guilty to count 1 of the information.  In open court, I examined Defendant under oath, confirmed Defendant's consent, and then advised and questioned Defendant regarding each of the inquiries prescribed by Rule 11(b) of the Federal Rules of Criminal Procedure.

Based upon Defendant's answers and demeanor, **I HEREBY FIND:**  (1) that Defendant is competent to enter a plea; (2) that Defendant's plea is entered

knowingly, intelligently, and voluntarily, without coercion; and (3) that the

offense(s) to which Defendant pleaded guilty is(are) supported by an independent

basis in fact containing each of the essential elements of the offense.  Therefore, I

have ordered the preparation of a presentence investigation report.

## II.     RECOMMENDATION

For the reasons set forth above, **IT IS RECOMMENDED** that, subject to

the Court's consideration of the plea agreement pursuant to Rule 11(c) of the

Federal Rules of Criminal Procedure, Defendant's plea be accepted, Defendant be

adjudged guilty and the Court impose sentence.

## III.    REVIEW

Pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, "[w]ithin

14 days after being served with a copy of the recommended disposition, a party

may serve and file specific written objections to the proposed findings and

recommendations.  A party may respond to another party's objections within 14

days after being served with a copy."  FED. R. CIV. P. 72(b)(2).  *See also* 28 U.S.C.

§ 636(b)(1).  Failure to file specific objections constitutes a waiver of any further

right of appeal.  *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed.2d 435

(1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 (6th Cir. 1991);

*United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  The parties are advised

that making some objections, but failing to raise others, will not preserve all the

objections a party may have to this Report and Recommendation.  *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Date: July 8, 2025

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge